No. 98–1161. CITY OF ERIE ET AL. *v.* PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. [Certiorari granted, 526 U. S.

1111.] Motions of Erie County Citizens Coalition Against Violent Pornography, American Liberties Institute et al., and Orange County, Florida, for leave to file briefs as *amici curiae* granted.